OLDHAM

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. No. 23-20121 JPM |
| v. | ) |
| | ) 18 U.S.C. §1958 |
| ASHLEY GRAYSON and JOSHUA GRAYSON, | ) |
| Defendants. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

From on or about August 26, 2022 and continuing until on or about September 11, 2022, in the Western District of Tennessee and elsewhere, the defendants,

**ASHLEY GRAYSON
and
JOSHUA GRAYSON**

together with others known and unknown to the grand jury, did knowingly and intentionally conspire to use and cause another to use a facility of interstate commerce, to wit: a cellular telephone, with the intent that the murder of D. H. (a real person known to the grand jury) be committed in violation of the law of the state of Mississippi, and as consideration for the receipt of, and promise and agreement to pay, money and other items of penuniary value, all in violation of Title 18, United States Code, Sections 1958.

**A TRUE BILL:**

_____
**FOREPERSON**

DATED:_____

_____
**KEVIN G. RITZ
UNITED STATES ATTORNEY**