OLDHAM

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. 23-20121 JPM |
| ) | |
| v. ) | |
| ) | 18 U.S.C. §1958 |
| ASHLEY GRAYSON and ) | |
| JOSHUA GRAYSON, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF PENALTIES

## COUNT 1

[nmt 10 yrs. imprisonment; nmt $250,000 fine, or both, nmt a 3 yr. period of supervised release and a special assessment of $100; see 18 U.S.C. § 3013 (a)].