AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

United States of America
v.

ASHLEY GRAYSON

)
)
)
)
)
)
)

Case No. 23-20121 JPM

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ASHLEY GRAYSON ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1958 - Interstate commerce facilities - murder for hire

Date:    06/29/2023

*Issuing officer's signature*

City and state:   Memphis, Tennessee

Wendy R. Oliver, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 29 Jun 2023, and the person was arrested on *(date)* 07 Jul 2023
at *(city and state)* Memphis, TN .

Date: 07 Jul 2023

*Arresting officer's signature*

Darrel Weldon
*Printed name and title*