AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

United States of America
v.

JOSHUA GRAYSON

_Defendant_

)
)
)
)
)
)
)

Case No. **23-20121 JPM**

2023 JUN 29 PM 2:36

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JOSHUA GRAYSON                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1958 - Interstate commerce facilities - murder for hire

Date:      06/29/2023

_____
_Issuing officer's signature_

City and state:    Memphis, Tennessee

Wendy R. Oliver, Clerk of Court
_Printed name and title_

---

### Return

This warrant was received on *(date)* 29 Jun 2023, and the person was arrested on *(date)* 07 Jul 2023
at *(city and state)* Memphis, TN.

Date: 07 Jul 2023

_____
_Arresting officer's signature_

Darrel Wilson Dush
_Printed name and title_