IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**RECEIVED**

JUL 11 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

UNITED STATES OF AMERICA,
    Plaintiff,

Case No. __23-20121__

Vs.

__Ashley Grayson__
Defendant.

**NOTICE OF SURRENDER OF NON-CASH COLLATERAL AND ACKNOWLEDGMENT OF DEFENDANT**

On __7/11/23__, the following document(s) was surrendered to the custody of the Clerk of the Court pursuant to court order:

Passport Number __682835085__   Passport Issued from (name of Country) __USA__
Name on Passport __Ashley Keyana Grayson__

Other (Deeds, Titles, Bond Surety, etc.) _____

Names and address of party posting non-cash collateral:

_____

Clerk of U.S. District Court

By: __S/ Anthony Johnson__ Deputy Clerk
Dated: __7/11/23__

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**ACKNOWLEDGMENT OF DEFENDANT**

This will acknowledgment that I, _____ surrendered the above document(s)
                                (Print First and Last Name)
To the court pursuant to order of the court on _____ (Date).

_____
Surrendering Party's Signature

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**DISPOSITION OF NON-CASH COLLATERAL**

_____ returned to defendant pursuant to Order of the court on _____

_____
Signature of defendant or representative (counsel)