UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF RE-SETTING
Before Judge Jon Phipps McCalla, United States District Judge

October 10, 2023

RE:   **2:23-cr-20121-JPM**
      *USA v. ASHLEY GRAYSON (1), JOSHUA GRAYSON (2)*

Dear Sir/Madam:

A **SCHEDULING / STATUS CONFERENCE** has been **RESET** to **THURSDAY, OCTOBER 26, 2023 at 9:30 A.M.** before **Judge Jon Phipps McCalla** in **Courtroom 7 of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:    *s/Jeffrey Sample*,
       Case Manager for Judge Jon Phipps McCalla
       901-495-1243
       jeffrey_sample@tnwd.uscourts.gov