**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Case No. |
| | § | 2:23-CR-20121-JPM-1 |
| **ASHLEY GRAYSON** | § | |
| Defendant. | § | |
| | § | |

## MOTION FOR LEAVE TO WAIVE APPEARANCE AT STATUS CONFERENCE

### To the Honorable United States District Judge John Phipps McCalla:

Comes now, Ashley Grayson, by and through her by and through her undersigned counsel, who file this Motion for Leave to Waive Appearance at Status Conference and would show unto the Court the following:

### PROCEDURAL HISTORY

On June 29, 2023, a grand jury in the Western District of Tennessee returned a one-count Indictment that charges Ashley Grayson and her husband, Joshua Grayson, with Racketeering, a violation of 18 U.S.C. § 1958. ECF 1. The Graysons made their initial appearance on July 7, 2023, before United States Magistrate Judge Tu M. Pham and were released on bond, with supervision conditions. ECF 7. Ashely Grayson remains on bond and has complied with all the conditions of her release.

On October 6, 2023, the Court set a Scheduling/Status Conference for Friday, October 13, 2023. ECF 48. The conference has since been reset to Thursday, October 26, 2023. ECF 53.

1

## **GROUNDS FOR MOTION**

Mrs. Grayson gave birth in July 2023. She fully understands her right to be present at the Scheduling/Status Conference, but she respectfully requests leave from this Court to waive her personal appearance at the upcoming Scheduling/Status conference set for October 26, 2023, so that she can minimize travel from Texas to Tennessee with her newborn child.

Under Local Criminal Rule 17.1(a), "Every party shall have in attendance at all pretrial conferences an attorney or other person possessing full authority to bind that party regarding all matters previously identified by the court for discussion at the conference and all reasonably related matters." LCrR 17.1(a). Through her waiver of personal appearance, Mrs. Grayson understands and agrees defense counsel will appear on her behalf and will have full authority to make decisions that will bind her on all matters presented during the Scheduling/Status Conference.

Counsel has discussed the waiver of personal appearance with Assistant United States Attorney Patrick Neal Oldham, and he has no objection to Mrs. Grayson's request.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that the Court grant all relief requested herein.

Respectfully submitted,

/s/ *Scott H. Palmer*
Scott Palmer
Texas State Bar No. 00797196
Scott H. Palmer, PC
15455 Dallas Parkway
Suite 540
Addison, TX 75001
Phone: 214-987-4100
Fax: 214-922-9900
scott@scottpalmerlaw.com

/s/ *Leslie I. Ballin*
Leslie I. Ballin
Tennessee State Bar No. 5605
Ballin, Ballin & Fishman
200 Jefferson Ave.
Suite 1250
Memphis, TN  38103
Phone: 901-525-6278
Fax: 901-525-6294
june@bbfpc.com

**ATTORNEYS FOR ASHLEY GRAYSON**

## CERTIFICATE OF CONSULTATION

On October 11, 2023, I discussed this matter with Assistant United States Attorney Patrick Neal Oldham by email. He is unopposed to Mrs. Grayson's waiver of personal appearance at the Scheduling/Status Conference.

/s/ *Scott H. Palmer*
Scott H. Palmer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Honorable Jon P. McCalla, Assistant United States Attorney Patrick Neal Oldham, and all other interested parties via e-mail, via United States mail, first class postage prepaid, or via hand delivery, this the 12th day of October, 2023.

/s/ *Scott H. Palmer*
Scott H. Palmer