UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,§<br>  Plaintiff, §<br>§<br>vs. §<br>§<br>§<br>§<br>ASHLEY GRAYSON §<br>  Defendant. §<br>§ | Case No.<br>2:23-CR-20121-JPM-1 |

## ORDER ON MOTION FOR LEAVE
## TO WAIVE APPEARANCE AT STATUS CONFERENCE

Came to be considered Defendant Ashley Grayson's Motion for Leave to Waive Appearance at Status Conference. Upon consideration, the motion is hereby DENIED. The defendants are ORDERED to appear in person on THURSDAY, OCTOBER 26, 2023 at 9:30 AM in courtroom 7 of the Odell Horton Federal Building in Memphis, TN.

Signed on October 13, 2023.

*s/Jon P. McCalla*
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE