

U.S. Department of Justice

*United States Attorney*
*Western District of Tennessee*

800 Federal Building      Telephone 901.544.4231
167 North Main Street      Fax 901.544.4230
Memphis, Tennessee 38103      TTY 901.544.3054

October 13, 2023

Leslie Ballin
Law Offices of Ballin, Ballin, & Fishman, P.C.
200 Jefferson Avenue, Suite 200
Memphis, TN 38103

      RE:    **United States v. Ashley Grayson et. al.**
                **2:23-cr-20121-JPM**

Dear Mr. Ballin,

    Pursuant to the Federal Rules of Criminal Procedure, the Government has provided discovery in the Ashley Grayson case. Please be advised as follows:

1. As to Rule 16 of the Federal Rules of Criminal Procedure, I have enclosed a copy of the discovery consisting of Bates numbered documents **0001-0235**, including, but not limited to: An ATF Report of Investigation, FBI Request to open case and synopsis, FBI Guardian Complaint Form and enclosure, FBI Record of Interview: Sherell Hodge, two FBI Record of the collection of a Southaven Police Report, Search Warrant for Olivia Johnson's cellular phone, FBI Evidence data-loading form, FBI records of investigation (multiple Forms 302), Search Warrants for Olivia Johnson's and Ashley Grayson's Facebook accounts, FBI report regarding the interviews of Patrick Tate, Derricka Harwell, Olivia Johnson, Sherrell Hodge, other FBI reports regarding the interview of witnesses, and an FBI report memorializing the download of Olivia Johnson' cellphone.

2. Electronic discovery comes in the form of a 9/10/22 FaceTime call, a Patrick Tate phone conversation, Olivia Johnson's cell phone search warrant return, contact with the Southaven Police Department, Facebook search warrant returns, recording of a phone conversation with Sherrell Hodge, recording of a phone conversation with Aquanette Tyson, surveillance video of 3039 Nowitzki Way, pictures of 7292 3 Sisters Lane, and social media posts / videos.  All of this discovery is uploaded to USAfx except the download of Olivia Johnson's cell phone, which will be provided via attorney furnished hard drive.

1

    3.      The United States is cognizant of its obligation under <u>Brady v. Maryland</u>.

    4.      The United States requests any and all reciprocal discovery and notice to which it is entitled pursuant to Rule 16 and the local rules.

If you have any questions or would like to discuss this matter further, please feel free to contact me.

          Sincerely,

          Kevin G. Ritz
          United States Attorney

By:    <u>/s P. Neal Oldham</u>
       P. Neal Oldham
       Assistant United States Attorney

Enclosures

cc:    Wendy R. Oliver, Clerk,
       United States District Court