IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA
        Plaintiff,

v.                                                          Cr. No. 2:23-20121-JPM

ASHLEY GRAYSON (1),
JOSHUA GRAYSON (2),

        Defendant.

---

## AMENDED SCHEDULING ORDER

---

An **Final Report Date/Status Conference** was held on October 26, 2023. The following deadlines and schedules were established:

(1)      **Discovery** is complete. Further electronic data will be submitted no later than November 2, 2023.

(2)      Any **Expert Reports** will be due by November 30, 2024.

(3)      Any **Pretrial Motions**, including any motions to suppress, shall be filed by the close of business on November 15, 2023 and a response shall be filed within fourteen (14) days thereafter.

(4)      A **Final Report Date** is set for Friday, February 16, 2024 at 9:30 AM in courtroom 7. The defendant(s) will inform the court whether they will proceed to trial or change their plea.

(5)      Any **Plea Agreement** shall be signed and submitted to the Court by noon on February 14, 2024 and the Court's Case Manager notified. A change of plea hearing will be set by notice or the change of plea will proceed on the final report date.

(6)      The **Trial** is set for Monday, March 4, 2024 and is estimated to take approximately 4 days.

(7)      **Excluded Time**. The period from October 26, 2023 through March 4, 2024 is excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) in order to allow additional time to prepare for trial or under the following specified provision: defense availability and preparation.

**SO ORDERED** this 27th day of October, 2023.

s/Jon P. McCalla
U. S. District Judge
