

U.S. Department of Justice

*United States Attorney*
*Western District of Tennessee*

*800 Federal Building*  Telephone 901.544.4231
*167 North Main Street*  Fax 901.544.4230
*Memphis, Tennessee 38103*  TTY 901.544.3054

November 2, 2023

Scott H. Palmer
15455 Dallas Parkway, Suite 540
Addison, TX 75001

Leslie Ballin
200 Jefferson Avenue, Suite 200
Memphis, TN 38103

Michael Edwin Scholl
253 Adams Ave
Memphis, TN 38103

      RE: <u>United States v. Ashley Grayson et. al.</u>
            2:23-cr-20121-JPM

Counsel,

    Pursuant to the Federal Rules of Criminal Procedure, the Government has provided discovery in the Ashley Grayson case. Please be advised as follows:

1. As to Rule 16 of the Federal Rules of Criminal Procedure, I am filing the discovery, via upload to USAFX, consisting of Bates numbered documents **0236-0456**, including, but not limited to: Criminal Histories of Olivia Johnson and Brandon Johnson, Phone Records, Facebook Data from Search Warrant, Travel information of Brandon Johnson, FBI records of investigation (multiple Forms 302), Attachments to FBI reports, and an audio recorded conversation with Patrick Tate.

2. The United States is cognizant of its obligation under <u>Brady v. Maryland</u>.

3. The United States requests any and all reciprocal discovery and notice to which it is entitled pursuant to Rule 16 and the local rules.

    If you have any questions or would like to discuss this matter further, please feel free to contact me.

                                Sincerely,

                                Kevin G. Ritz
                                United States Attorney

                By:    <u>/s P. Neal Oldham</u>
                         P. Neal Oldham
                         Assistant United States Attorney

cc:    Wendy R. Oliver, Clerk,
       United States District Court