# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No.: 2-23-CR-20207-SHL |
| v. | ) |
| LUIS GALLARDO-ARAMBULA and JAVIER RAMOS-MARTINEZ | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, to file this notice on behalf of the United States of America in this cause, and to request copies of notices and settings hereafter with respect to any matter that may be pending.

This day, November 14, 2023.

Respectfully submitted,

KEVIN G. RITZ
United States Attorney

s/ *Bryce H. Phillips*
BRYCE H. PHILLIPS
Assistant United States Attorney
800 Federal Building
167 North Main
901-544-4231

1

CERTIFICATE OF SERVICE

      I, Bryce H. Phillips, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing document has been filed via the District Court's electronic case filing system.

      This day, November 14, 2023

                                                /s/ Bryce H. Phillips
                                                Assistant United States Attorney