IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Petitioner, ) | |
| ) | No. 2:23-cr-20121-JPM |
| v. ) | |
| ) | |
| **ASHLEY GRAYSON,** *et al,* ) | |
| Defendants. ) | |

**UNCONTESTED MOTION TO EXTEND TIME TO FILE RESPONSE
TO DEFENDANT'S MOTION TO EXCLUDE EVIDENCE**

Comes now the United States of America, by and through Assistant United States Attorney Bryce H. Phillips, and files this motion to extend the time to file its response in this matter. In support, the undersigned states the following:

Counsel for the Defendants filed a Motion to Exclude Evidence and Memorandum in Support on November 15, 2023 (ECF No. 63). Counsel for the United States is currently reviewing the motion and case law related to the issues raised by the Defendants. Based on the recent Thanksgiving holiday, as well as other time constraints related to this and other case matters, the United States is unable to finalize a response to the Defendants' motion prior to the initial November 29, 2023 deadline. The United States therefore is requesting a fourteen-day extension to file a response.

Counsel for the respective Defendants were consulted regarding the motion for an extension via email. Counsel for the Defendants have no objection to the United States' motion for an extension.

Accordingly, the United States requests a fourteen-day extension to file a response.

        Respectfully submitted,

        KEVIN G. RITZ
        United States Attorney
        Western District of Tennessee


        By: s/Bryce H. Phillips
        BRYCE H. PHILLIPS
        Assistant United States Attorney
        167 N. Main Street, Suite 800
        Memphis, TN 38103
        (29148 – Tennessee)

## CERTIFICATE OF SERVICE

I, Bryce H. Phillips, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been forwarded to Defendants' attorneys via the court's electronic delivery system.

s/Bryce H. Phillips
Bryce H. Phillips
Assistant United States Attorney
