IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff, | )<br>)<br>) | No. 2:23-cr-20121-JPM |
| v. | )<br>) | |
| ASHLEY GRAYSON, *et al,*<br>       Defendants. | )<br>) | |

**ORDER GRANTING GOVERNMENT'S UNCONTESTED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE**

Upon motion of the United States, and for good cause shown, it is hereby ordered that the plaintiff's motion for extension of time is herby **GRANTED**.

It is further ORDERED that the United States' response to the Defendant's motion shall be filed on or before **December 27, 2023**.

IT IS SO ORDERED, this 15th day of December, 2023.

                                                    s/Jon P. McCalla
                                                    HONORABLE JOHN PHIPPS MCCALLA
                                                      UNITED STATES DISTRICT JUDGE