IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

**UNITED STATES OF AMERICA,**

    Plaintiff,

**VS.**

                                                                                                                               No.    23-20121

**JOSHUA GRAYSON,**

    Defendant.
_____

**MOTION TO JOIN CO-DEFENDANTS MOTION TO EXCLUDE
EVIDENCE AND MEMORANDUM OF LAW IN SUPPORT**
_____

    **COMES NOW** the Defendant, Joshua Grayson, by and through his attorney of record, Michael E. Scholl, and moves this Honorable Court to join in the motion filed on behalf of the co-Defendant Ashley Grayson under ECF Number 63 entitled Motion to Exclude Evidence and Memorandum in Support. In support of said motion, Defendant would state as follows:

    1.    The Defendant was indicted along with Ashley Grayson for violation of 18 USC §1958. This involving the charge of conspiracy.

    2.    That counsel for the Co-Defendant filed a motion to Exclude Evidence and Memorandum of Law in Support. (ECF No. 63). The Government filed their response to said motion (ECF No. 75) under seal on December 28, 2023.

    3.    That due to said motion and response being under seal counsel as not allowed access to the Motion or Response through PACER.

1

4. That counsel has been provided a copy of the Motion through counsel for the Co-Defendant.

5. After review of the motion Defendant would move to join in with the Co-Defendant in proceeding forward with (ECF No. 63).

6. This motion is made in the interest of justice.

Counsel has spoken with AUSA Neal Oldham who has no objection to allowing Defendant, Joshua Grayson, to join in the Motion to Exclude Evidence and Memorandum in Support (ECF No. 63).

**WHEREFORE DEFENDANT PRAYS** that this Honorable Court allow him to join in the Co-Defendant's motion to exclude evidence and Memorandum in Support and for such further release as the Court deems necessary.

Respectfully submitted,

s\Michael E. Scholl
MICHAEL E. SCHOLL (16284)
253 Adams Avenue
Memphis, Tennessee 38103
(901) 529-8500

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served on Assistant United States Attorney, Neal Oldham at 167 North Main, Suite 800, Memphis, Tennessee 38103, via electronic delivery, on this the 4th day of January 2024.

s/ Michael E. Scholl
MICHAEL E. SCHOLL