# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

---

**UNITED STATES OF AMERICA**

v.   Case # 2:23cr20121 JPM

**ASHLEY GRAYSON**
    Defendant.

---

## JOINT MOTION TO REMOVE REPORT DATE FROM DOCKET

---

COMES NOW Defendants, Ashley Grayson and Joshua Grayson, by and though their counsel of record, who would jointly move this Honorable Court to remove this matter from the Court docket on March 18, 2024 and in support would show as follows:

1. That the Defendants are currently scheduled for a Report Date on March 18, 2024.

2. That the Report Date is not needed as all parties are ready for trial in this matter on March 25, 2024.

3. That counsel has contacted Assistant United States Attorney, Neal Oldham, and he has no objection to this request.

WHEREFORE DEFENDANT PRAYS that this Court remove this matter from the docket on March 18, 2024 for the reasons set out herein above.

Respectfully Submitted,

BALLIN, BALLIN & FISHMAN, P.C.

/s/Leslie I. Ballin, Esq.
Leslie I. Ballin (Tenn. #5605)
Richard S. Townley (Tenn. #28164)
200 Jefferson Ave., Suite 1250
Memphis, TN 38103
(901) 525-6278

/s/Scott H. Palmer
SCOTT H. PALMER, P.C.
15455 Dallas Parkway, Suite 540
Addison, TX 75001
(214)987-4100
Fax: 214-922-9900
Attorneys for Defendant, Ashley Grayson

/s/Michael Scholl
Campbell Law Firm
200 Jeferson Ave., Ste 811
Memphis, TN 38103
(901)443-9133
Attorney for Defendant, Joshua Grayson

## CERTIFICATE OF CONSULTATION

I, Leslie I. Ballin, Attorney for Defendant, Ashley Grayson, would certify that I have spoken to AUSA Neal Oldham regarding this motion and he has no objection.

/s/ Leslie I. Ballin, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Honorable Jon P. McCalla, Neal Oldham, Assistant United States Attorneys and all other interested parties via e-mail, via United States mail, first class postage prepaid, or via hand delivery, this the 7th of March, 2024.

/s/ Leslie I. Ballin, Esq.