IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 2:23-CR-20121-JPM |
| ASHLEY GRAYSON AND JOSHUA GRAYSON | § § § | |

**ORDER GRANTING DEFENDANTS' JOINT MOTION TO REMOVE REPORT DATE FROM DOCKET**

Before the Court is Defendants' Joint Motion to Remove Report Date from Docket, filed March 7, 2024. (ECF No. 90.) Defendants request that the Court remove the Report Date of March 18, 2024 from the docket, because "the Report Date is not needed as all parties are ready for trial in this matter on March 25, 2024." (Id. at PageID 253.) The United States has no objections to this request. For good cause shown, the Motion is **GRANTED**. The Report Date scheduled for March 18, 2024, **SHALL** be removed from the docket.

**IT IS SO ORDERED**, this 11th day of March, 2024

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

1