U.S. Department of Justice



*United States Attorney*
*Western District of Tennessee*

*800 Federal Building*  *Telephone 901.544.4231*
*167 North Main Street*  *Fax 901.544.4230*
*Memphis, Tennessee 38103*  *TTY 901.544.3054*

March 12, 2023

Scott H. Palmer
15455 Dallas Parkway, Suite 540
Addison, TX 75001

Leslie Ballin
200 Jefferson Avenue, Suite 200
Memphis, TN 38103

Michael Edwin Scholl
253 Adams Ave
Memphis, TN 38103

      RE:   <u>United States v. Ashley Grayson et. al.</u>
              2:23-cr-20121-JPM

Counsel,

    Pursuant to the Federal Rules of Criminal Procedure, the Government has provided discovery in the Ashley Grayson case. Please be advised as follows:

1. As to Rule 16 of the Federal Rules of Criminal Procedure, on March 8, 2024, the Government emailed counsel for the Defendant's supplemental discovery that included recently received documents from Block, Inc. These records were subpoenaed by the Government on October 7, 2022. The records include details of financial accounts and transactions for both of the Defendants. This supplemental discovery also included a certification of records from Block, Inc. Counsel for the Government also added these to the USAFX file sharing system for download by counsel for the Defendants.

2. Additionally, on March 8, 2024, the Government emailed counsel for the Defendants a 2021-2022 Dallas, Texas lease for an apartment in Joshua Grayson's name. Counsel for the Government also added these to the USAFX file sharing system for download by counsel for the Defendants.

3. The United States is cognizant of its obligation under <u>Brady v. Maryland</u>.

4. The United States requests any and all reciprocal discovery and notice to which it is entitled pursuant to Rule 16 and the local rules.

If you have any questions or would like to discuss this matter further, please feel free to contact me.

                                                                               Sincerely,

                                                                               Kevin G. Ritz
                                                                               United States Attorney

By:    /s/ Bryce H. Phillips
        Bryce H. Phillips
        Assistant United States Attorney

cc:    Wendy R. Oliver, Clerk,
       United States District Court