

## U.S. Department of Justice

*United States Attorney*
*Western District of Tennessee*

*167 North Main, Suite 800*  Ph: (901) 544-4231
*Memphis, Tennessee 38103*  TTY: (901) 544-3054
                            Fax: (901) 544-4230

March 15, 2024

Scott H. Palmer
15455 Dallas Parkway, Suite 540
Addison, TX 75001

Leslie Ballin
200 Jefferson Avenue, Suite 200
Memphis, TN 38103

Michael Edwin Scholl
253 Adams Ave
Memphis, TN 38103

**RE: United States v. Ashley Grayson et. al.**
**2:23-cr-20121-JPM**

Pursuant to the Federal Rules of Criminal Procedure, the Government has provided discovery in the Grayson et. al. case. Please be advised as follows:

1. As to Rule 16 of the Federal Rules of Criminal Procedure, on March 14, 2024, the United States emailed counsel in regard to recently obtained supplemental discovery. Counsel for the United States became aware of these items during a witness preparation meeting and through subsequent conversations with the case agent. These items are media shared with the case agent from various sources including but not limited to Olivia Johnson and the victim Derricka Harwell.

2. As referenced in the March 14, 2024, this disclosure as included recorded witness interviews. Thes are interviews of which you were already aware.

3. The United States is cognizant of its obligation under Brady v. Maryland.

4. The United States requests any and all reciprocal discovery and notice to which it is entitled pursuant to Rule 16 and the local rules.

If you have any questions or would like to discuss this matter further, please feel free to contact me.

          Sincerely,

          Kevin G. Ritz
          United States Attorney

By:    */s P. Neal Oldham*
       P. Neal Oldham
       Assistant United States Attorney

Enclosures

cc:    Wendy R. Oliver, Clerk,
       United States District Court