**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| USA | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 23-20121-JPM |
| ASHLEY GRAYSON (1), | ) | |
| JOSHUA GRAYSON (2) | ) | |
| | ) | |
|      Defendant. | | |

## ORDER DIRECTING CLERK'S OFFICE TO PAY FOR LUNCHES

The Clerk's Office is directed to pay for lunches, and other allowed expenses for all of the jurors on the above styled case, from March 25, 2024 until they are dismissed.

**IT IS SO ORDERED,** this the 15th day of March, 2024.

s/Jon Phipps McCalla
JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE