*Revised July 2012*

# United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
|---|
| USA |

| Defendant |
|---|
| Ashley Grayson |

| Case Number | Judge |
|---|---|
| 23-20121 | Jon Phipps McCalla |

I, Michael Levine _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Ashley Grayson _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Northern District of Texas | 04/07/2005 |
| Eastern District of Texas | 10/25/2002 |
|  |  |
|  |  |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

Page -1-

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Levine | Michael | P |

| Applicant's Firm Name |
|---|
| Scott Palmer., P.C. |

| Applicant's Address | Room/Suite Number |
|---|---|
| 15455 Dallas Pkwy | 540 |

| City | State | Zip Code |
|---|---|---|
| Addison | TX | 750014 |

| Applicant's Email Address |
|---|
| Michael@palmerperlstein.com |

| Applicant's Phone Number(s) |
|---|
| 214-987-4100 |

Certificate of Consultation

| Date | Electronic Signature of Applicant |
|---|---|
| 03/18/2024 | s/ Michael Levine |

Page -2-

AO 136 (Rev. 10/13) / TXE 136 (Rev. 09/22) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

## CERTIFICATE OF GOOD STANDING

I, DAVID A. O'TOOLE, Clerk of this Court, certify that **Michael Philip Levine**, Bar # **24009767**, was duly admitted to practice in this Court on October 25, 2002, and is in good standing as a member of the Bar of this Court.

Dated at Tyler, Texas on March 18, 2024.

DAVID A. O'TOOLE
*CLERK*

*DEPUTY CLERK*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**Michael Philip Levine**

Bar Number:                                    Date of Admission:

**24009767**                                    **04/07/2005**

Witness my official signature and the seal of this court.

Dated: March 15, 2024

Karen Mitchell,
Clerk of Court

By: Jenna Hall
    Deputy Clerk