UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

*Wendy R. Oliver, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U. S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee 38301*
*(901) 495-1200*  *(731) 421-9200*

---

NOTICE OF SETTING
Before Judge Jon Phipps McCalla, United States District Judge

---

March 21, 2024

RE:   **2:23-cr-20121-JPM**
*USA v. ASHLEY GRAYSON (1), JOSHUA GRAYSON (2)*

Dear Sir/Madam:

A **JURY TRIAL** is set before Judge Jon Phipps McCalla on **MONDAY, MARCH 25, 2024 at 9:30 A.M. in COURTOOM 1** on the 11th floor of the Odell Horton Federal Building.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Jeff Sample*,
Case Manager for Judge Jon Phipps McCalla
901-495-1243
jeffrey_sample@tnwd.uscourts.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

UNITED STATES DISTRICT JUDGE JON PHIPPS McCALLA

**STANDARD PRETRIAL PROCEDURES FOR CRIMINAL CASES**
(unless different deadlines have been imposed in this case)

By the close of business one week prior to trial, the parties shall file the following:

1. An agreed set of jury instructions;
2. Alternative versions of jury instructions on which there is not an agreement, with citations and supporting authorities;
3. An agreed verdict form or alternative versions;
4. Motions in limine;
5. The names of any potential witnesses (Government only – for jury selection);
6. The names of all the attorneys involved in the trial and the names of anyone else seated at counsel table; and
7. Any stipulations between the parties.

Responses to motions in limine shall be filed by 4:00 p.m. three business days after the motion(s) is filed.

Any motion for a continuance of the trial shall be supported by an affidavit stating the reasons for the continuance.  **A speedy trial waiver executed by the Defendant shall also accompany that motion**.   The motion shall set forth proposed alternative trial dates and other pretrial deadlines consistent with this Order that are agreeable to counsel for all parties.   Failure to comply with these requirements may constitute grounds to deny the motion.

The Court's staff is not authorized to entertain any telephonic requests for a continuance or an extension of any deadlines in this Order.   Such a request shall be considered only on a motion made in open court or by written motion of a party or joint motion of the parties.