UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 2:23-cr-20121-JPM-1 |
| | ) | |
| ASHLEY GRAYSON and JOSHUA GRAYSON, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

---

JURY VERDICT FORM – ASHLEY GRAYSON

---

We, the jury, on the charges in the indictment, for our verdict unanimously find as follows:

### **COUNT 1**

18 U.S.C. § 1958

We find the defendant, ASHLEY GRAYSON, as to Count 1, Use of Interstate Commerce Facilities in the Commission of Murder For Hire,

_____.
(Guilty)  or  (Not Guilty)

Please sign and date this form.

DATED: _____

SIGNED: _____

PRESIDING JUROR