```
                    UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
     Plaintiff,                 )
                                )
v.                              )    Case No: 2:23-cr-20121-JPM-2
                                )
ASHLEY GRAYSON and JOSHUA       )
GRAYSON,                        )
                                )
     Defendants.                )
                                )
```

---

JURY VERDICT FORM – JOSHUA GRAYSON

---

We, the jury, on the charges in the indictment, for our verdict unanimously find as follows:

### COUNT 1

18 U.S.C. § 1958

We find the defendant, JOSHUA GRAYSON, as to Count 1, Use of Interstate Commerce Facilities in the Commission of Murder For Hire,

_____.
(Guilty)   or   (Not Guilty)


Please sign and date this form.

DATED: _____

SIGNED: _____

                              PRESIDING JUROR