✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | TENNESSEE |

| USA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| ASHLEY GRAYSON (1), JOSHUA GRAYSON (2) | Case Number:  2:23CR20121-JPM |

| PRESIDING JUDGE<br>JON PHIPPS McCALLA | PLAINTIFF'S ATTORNEY(S)<br>Oldham, Phillips | DEFENDANT'S ATTORNEY(S)<br>Palmer, Ballin, Levine, Scholl |
|---|---|---|
| PROCEEDING/DATE:<br>3/25/2024 - | COURT REPORTER<br>Tina Gibson | COURTROOM DEPUTY<br>Jeff Sample |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/26/2024 | | | **JENNY CHUNG** |
| 1 | | 3/26/2024 | √ | √ | Video Surveillance of 3039 Nowitzki Way (9/11/2022) |
| | | 3/26/2024 | | | **OLIVIA JOHNSON** |
| 2 | | 3/26/2024 | √ | √ | Olivia Johnson Facebook Message (7/22/2017 at 3:15 pm) |
| 3 | | 3/26/2024 | √ | √ | Olivia Johnson Facebook Messages (2017) |
| 4 | | 3/26/2024 | √ | √ | Cashier's Check (4/18/2018) and Photo |
| 5 | | 3/26/2024 | √ | √ | Extraction Report Apple iPhone(Text Messages Collective) |
| 6 | | 3/26/2024 | √ | √ | Olivia Johnson Facebook Message |
| 7 | | 3/26/2024 | √ | √ | Text Messages |
| 8 | | 3/26/2024 | √ | √ | Ashley Grayson House Video |
| 9 | | 3/26/2024 | √ | √ | Arrest Video Photograph |
| 10 | | 3/26/2024 | √ | √ | Phone Image (August 26 at 4:40 pm) |
| | | 3/27/2024 | √ | √ | **OLIVIA JOHNSON (resumed testimony)** |
| 11 | | 3/27/2024 | √ | √ | Face Time Video |
| 12 | | 3/27/2024 | √ | √ | Photograph from Exhibit 1 (Conference Room) |
| 13 | | 3/27/2024 | √ | √ | Extraction Report - Apple iPhone (901-289-1299) |
| 14 | | 3/27/2024 | √ | √ | Text Message Print |
| 15 | | 3/27/2024 | √ | √ | Olivia Johnson Facebook Live from Car |
| 16 | | 3/27/2024 | √ | √ | Olivia Johnson Facebook Live Q & A |
| 17 | | 3/27/2024 | √ | √ | Facebook Live - Orange Background |
| | 18 | 3/27/2024 | √ | √ | Olivia Johnson Deleted Text Messages (iCloud / Recently Deleted) 05-Oct-22 |
| | 19 | 3/27/2024 | √ | √ | Olivia Johnson iPhoneText Messages |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   2   Pages

≜AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | USA | | VS. | ASHLEY GRAYSON (1), JOSHUA GRAYSON (2) | CASE NO. 2:23CR20121-JPM |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 20 | 3/27/2024 | √ | √ | Warranty Deed for 536 Mysen Drive Cordova TN 38018 |
| | 21 | 3/27/2024 | √ | √ | Olivia Johnson Facebook Post |
| | | 3/27/2024 | | | **LESLIE JONES (ATF Special Agent)** |
| 22 | | 3/27/2024 | √ | √ | Certificate of Authenticity of AA Flight Information for Olivia Johnson & Brandon Thomas |
| 23 | | 3/27/2024 | √ | √ | Certification of Records of Regularly Conducted Business Cash App Transactions |
| | | 3/27/2024 | | | **BRANDON THOMAS** |
| | | 3/27/2024 | | | **JANELLE HOSAFROS (FBI Special Agent)** |
| 24 | | 3/27/2024 | √ | √ | Ashley Grayson FBI National Operation Center Call (CD) |
| 25 | | 3/27/2024 | √ | √ | Facebook Search Warrant Return (posted on 7/20/2023) |
| | | 3/28/2024 | | | **JANELLE HOSAFROS (FBI Special Agent) (resumed testimony)** |
| 26 | | 3/28/2024 | √ | √ | FBI Agent Handwritten Contact Timeline |
| | | 3/28/2024 | √ | √ | **DERRICKA HARWELL** |
| 27 | | 3/28/2024 | √ | √ | Ashley Grayson Text Message (September 4, 2020) |
| 28 | | 3/28/2024 | √ | √ | Text Message |
| 29 | | 3/28/2024 | √ | √ | Facebook Post |
| 30 | | 3/28/2024 | √ | √ | Email from Ashley Massengill (March 31, 2022) |
| 31 | | 3/28/2024 | √ | √ | Email from Derricka Harwell (March 31, 2022) |
| 32 | | 3/28/2024 | √ | √ | Email from Ashley Massengill (March 31, 2022) |
| 33 | | 3/28/2024 | √ | √ | Ashley Massengill email (August 19, 2022) |
| 34 | | 3/28/2024 | √ | √ | Facebook Post |
| 35 | | 3/28/2024 | √ | √ | Complaint filed in Desote County MS (Case No. CI1:22-00334-GCD) |
| 36 | | 3/28/2024 | √ | √ | Ashely Grayson Facebook Post |
| 37 | | 3/28/2024 | √ | √ | Ashley Grayson Facebook Post |
| 38 | | 3/28/2024 | √ | √ | Derrica Harwell Facebook Post |
| 13A | | 3/28/2024 | √ | √ | Text Message |
| 13B | | 3/28/2024 | √ | √ | Text Message |
| | | 3/28/2024 | | | ***GOVERNMENT RESTS*** |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. ASHLEY GRAYSON (1), JOSHUA GRAYSON (2) | CASE NO. 2:23CR20121-JPM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/28/2024 | | | ***DEFENSE RESTS*** |
| | | 3/28/2024 | | | ***CLOSING ARGUMENTS GIVEN*** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | *s/Jeff Sample 3/29/2024* |

✎AO 187A (Rev. 7/87)

Page _____ of _____ Pages