### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
**Western Division**
**Office of the Clerk**

**Wendy R. Oliver, Clerk**
**242 Federal Building**
**167 N. Main Street**
**Memphis, Tennessee 38103**
**(901) 495-1200**

**Deputy-in-Charge**
**U.S. Courthouse, Room 262**
**111 South Highland Avenue**
**Jackson, Tennessee 38301**
**(731) 421-9200**

---

### NOTICE OF RE-SETTING
**Before Judge Jon Phipps McCalla, United States District Judge**

---

April 16, 2024

RE:     **2:23-cr-20121-JPM**
        **USA v. ASHLEY GRAYSON**

Dear Sir/Madam:

The **SENTENCING HEARING** before **Judge Jon Phipps McCalla** has been **RESET to FRIDAY, AUGUST 16, 2024 at 9:30 A.M. in courtroom 7** on the 9th floor of the Odell Horton Federal Building.

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:     _s/Jeff Sample_,
        Case Manager
        901-495-1243
        jeffrey_sample@tnwd.uscourts.gov