IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

**UNITED STATES OF AMERICA,**

    Plaintiff,

**VS.**
                                                                                                   **No.   23-20121**

**JOSHUA GRAYSON,**

    Defendant.

_____

**MOTION FOR RETURN OF DEFENDANT'S PASSPORT IN THE CUSTODY
OF THE CLERK OF THE COURT**
_____

    **COMES NOW** the Defendant, Joshua Grayson, by and through his attorney of record, Michael E. Scholl, and moves this Honorable Court to issue an order for the return of the Defendant's passport to the Defendant. Mr. Grayson's passport is in the possession of the Clerk of the Court of the Western Division of the Western District of Tennessee. In support of said motion, Defendant would state as follows:

    1.    The Defendant was indicted along with his codefendant, Ashley Grayson, on June 29, 2023.

    2.    That on July 11, 2023, Joshua Grayson surrendered his passport to the Clerk of the Court of the Western Division of the Western District of Tennessee.

    3.    That on March 29, 2024, Joshua Grayson was found Not Guilty following a jury trial.

    4.    That on April 4, 2024, the charges against Joshua Grayson were dismissed

and that the Defendant was acquitted, discharged, and his bond exonerated.

5.  That counsel has spoken with AUSA Neal Oldham and he has no objection to this Motion.

**WHEREFORE DEFENDANT PRAYS** that this Honorable Court return the Defendant's passport to the Defendant, and for such further relief as the Court deems necessary.

Respectfully submitted,

s\Michael E. Scholl
MICHAEL E. SCHOLL (16284)
253 Adams Avenue
Memphis, Tennessee 38103
(901) 529-8500

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served on Assistant United States Attorney, Neal Oldham at 167 North Main, Suite 800, Memphis, Tennessee 38103, via electronic delivery, on this the 26th day of April, 2024.

s/ Michael E. Scholl
MICHAEL E. SCHOLL