# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

VS.                                                                        No.    23-20121

**JOSHUA GRAYSON,**

    Defendant.

## ORDER GRANTING MOTION TO RETURN DEFENDANT'S PASSPORT

This cause came on upon the motion for return of the Defendant's passport in the custody of the Clerk of this Court. For good cause shown, the Court hereby grants the Defendant's motion and orders that said passport be released to the Defendant.

**IT IS SO ORDERED** this 29th day of April, 2024.

                                                      *s/Jon Phipps McCalla*
                                                      **JON PHIPPS MCCALLA**
                                                      **U.S. DISTRICT JUDGE**