IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff | ) | |
| | ) | No. 2:23-cr-20121-JPM |
| v. | ) | |
| | ) | |
| **ASHLEY GRAYSON,** | ) | |
| Defendant. | ) | |

### UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S REPLY

The United States respectfully requests leave to file the attached one-page Surreply to Defendant's Reply to the Government's Response to Defendant's Motion for Judicial Recusal or in the Alternative Motion for Mistrial and Request for an Evidentiary Hearing.

Respectfully submitted,

KEVIN G. RITZ
United States Attorney
Western District of Tennessee


By: s/P. Neal Oldham
P. NEAL OLDHAM
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103
(023811 – Tennessee)

**CERTIFICATE OF SERVICE**

    I, P. Neal Oldham, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been forwarded to Defendant's attorneys via the court's electronic delivery system.

                                                s/P. Neal Oldham
                                                P. Neal Oldham
                                                Assistant United States Attorney