IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-CR-20121-JPM |
| | ) | |
| **ASHLEY GRAYSON,** | ) | |
| | ) | |
| Defendant. | ) | |

## POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING

COMES NOW the United States of America, by and through Kevin G. Ritz, United States Attorney, and P. Neal Oldham, Assistant United States Attorney for the Western District of Tennessee, and notifies the Court of the position of the United States in accordance with § 6A1.2 of the United States Sentencing Guidelines.

1. The attorney for the United States received and reviewed the Presentence Investigation Report ("PSR") filed in this matter on July 10, 2024.

2. The United States does not object to the factual findings contained in the PSR.

3. The United States does not object to the guideline calculations contained in the PSR of 210-262 months of incarceration capped by statute at 120 months.

4. The United States requests a sentence of 120 months and $548,340 restitution.

5. After a trial, a jury found Grayson guilty of Use of Interstate Facilities in the Commission of Murder-For-Hire.

6. Grayson asked two people to kill a person in exchange for money.

7. This is a very serious crime that could have resulted in the loss of life. If Grayson had her way, at least one person would have lost their life.

1

8. Not only is this a very serious crime, but the need for both specific and general deterrence in this matter is also high.

9. Grayson would face a much greater sentence if the statute did not limit her sentence to 120 months.

10. The victim on this case is requesting a significant amount of restitution, but the disruption to her life was significant and she has been greatly affected by Grayson's acts.

11. In order to reflect the nature and circumstances of the offense, to promote respect for the law, provide a just punishment, and deter future criminal conduct, the United States requests the aforementioned sentence of 120 months and $548,340 in restitution.

12. The Untied States anticipates calling at least one witness and that the sentencing hearing will last a minimum of an hour.

Respectfully submitted,

KEVIN G. RITZ
UNITED STATES ATTORNEY

By:   s/ *P. Neal Oldham*
P. Neal Oldham
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, Tennessee 38103
(901) 544-4231

## CERTIFICATE OF SERVICE

I, P. Neal Oldham, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Position Paper of the United States has been filed via the District Court's electronic case filing system and emailed to defense counsel, Scott Palmer, Esq.

Respectfully submitted this 23rd day of July 2024.

By:    s/ *P. Neal Oldham*
            P. Neal Oldham
            Assistant United States Attorney