IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 2:23-cr-20121-TLP |
| v. ) | |
| ) | |
| ASHLEY GRAYSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE**

The United States moves for permission to seek an extension of time after the deadline to respond had expired. The Court finds good cause to **GRANT** the request. The Court accepts the United States' Showing of Cause and **GRANTS** the United States' unopposed motion for extension of time to respond to Defendant's Motion for Reconsideration of Denial of the Motion for Mistrial. It is hereby ordered that the Government's Response shall be filed on or before Monday, September 23, 2024.

**SO ORDERED**, this 11th day of September, 2024.

                                                  s/Thomas L. Parker
                                                  THOMAS L. PARKER
                                                  UNITED STATES DISTRICT JUDGE