**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:23-cr-20121-TLP |
| v. | ) | |
| | ) | |
| ASHLEY GRAYSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR
LEAVE TO FILE SURREPLY**

Upon motion of the United States and for good cause shown, the Court **GRANTS** the

United States Motion to File a Surreply to Defendants Rely to the United States Response to

Defendant's Motion for Reconsideration.

The Court also **ACCEPTS** as filed the United States' Surreply attached to the Motion for

Leave to file Surreply (ECF No. 200).

**SO ORDERED**, this 24th day of September, 2024.

s/
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE