✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

ASHLEY GRAYSON

**EXHIBIT AND WITNESS LIST**

Case Number: 2:23CR20121-1-TLP

| PRESIDING JUDGE<br>Thomas L. Parker | PLAINTIFF'S ATTORNEY<br>Neal Oldham and Bryce Phillips | DEFENDANT'S ATTORNEY<br>Scott H. Palmer |
|---|---|---|
| TRIAL DATE (S)<br>10/31/2024 | COURT REPORTER<br>Catherine Phillips | COURTROOM DEPUTY<br>Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 10/31/2024 | x | x | Copy of Transcript and Certificates |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages