## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### MEMPHIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br><br>V.<br><br>ASHLEY GRAYSON<br>DEFENDANT. | CR. NO. 2:23-CR-20121 |

## NOTICE OF APPEAL

**To the Honorable United States District Judge Thomas L. Parker**:

COMES NOW, Ashley Grayson, Defendant, by and through her counsel of record, and hereby files this Notice of Appeal.

Notice is hereby given that Defendant appeals the final judgment and sentence entered on October 31, 2024. ECF 213. Defendant appeals to the United States Court of Appeals for the Sixth Circuit.

Respectfully Submitted,

*/S/ SCOTT H. PALMER*
SCOTT H. PALMER
Texas State Bar No. 00797196

PALMER PERLSTEIN
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Direct: (214) 987-4100
Facsimile: (214) 922-9900
Email: scott@palmerperlstein.com

<u>CERTIFICATE OF SERVICE</u>

      This is to certify that on November 1, 2024 a true and correct copy of the above and foregoing document has been delivered to all counsel of record via ECF.

*/S/ SCOTT H. PALMER*
**SCOTT H. PALMER**
